UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
Ciaburri, Joseph  
Ciaburri, Gina  

Case No.: 19-20553  
Chapter: 7  
Judge: CMG  

**NOTICE OF PROPOSED ABANDONMENT**

_____Daniel E. Straffi_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: 402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable _____Christine M. Gravelle_____ on _____August 20, 2019_____ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 836 Chelsea Street
Forked River, NJ 08731
FMV - +/-$ 279,000.00

Liens on property: Wells Fargo Home Mortgage- +/- $ 256,043.71

Plus 10% Estimated Costs of Sale

Amount of equity claimed as exempt: $24,862.00

Objections must be served on, and requests for additional information directed to:

Name: Daniel E. Straffi, Esq.  
Address: 670 Commons Way Toms River, NJ 08755  
Telephone No.: 732-341-3800

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-20553-CMG
Joseph Ciaburri                                                         Chapter 7
Gina Ciaburri
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2            Date Rcvd: Jul 19, 2019
                              Form ID: pdf905          Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 21, 2019.
db/jdb         +Joseph Ciaburri,    Gina Ciaburri,    836 Chelsea Street,    Forked River, NJ 08731-1232
518265875      ++ALLIED DIGESTIVE HEALTH LLC,    MONMOUTH PARK CORPORATE CENTER I,    187 ROUTE 36 SUITE 230,
                 WEST LONG BRANCH NJ 07764-1306
               (address filed with court: Allied Digestive Health,    60 Highway 36,    Suite B,
                 West Long Branch, NJ 07764-1463)
518265876       Barclay Card,    PO Box 13337,    Philadelphia, PA 19101-3337
518265877       Brevard Physicians Associates,    PO Box 2400,    Melbourne, FL 32902-2400
518265889      +I.C. Systems,    444 Highway 96,    Saint Paul, MN 55127-2557
518316229       Kohl's,   c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
518265892       Macys,   PO Box 9001094,    Louisville, KY 40290-1094
518265893      #+Mariner Finance,    1358 Hooper Avenue Suite 6,    Toms River, NJ 08753-2882
518265895      #Paypal Credit,    PO Box 105658,    Atlanta, GA 30348-5658
518265897      +Randolph Walzer & associates,    PO Box 1234,    Jackson, NJ 08527-0259
518265906      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit,    4 Gatehall Drive Ste 350,
                 Parsippany, NJ 07054)
518265905       Target,   PO Box 660170,    Dallas, TX 75266-0170
518265907      +Valley National Bank,    1460 Valley Road,    Wayne, NJ 07470-8494
518265909      ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court: Wells Fargo Home Mortgage,    8480 Stagecoach Drive,
                 Frederick, MD 21701)
518265908       Wawa,   PO Box 6139,    Sioux Falls, SD 57117-6139

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 20 2019 00:30:01    U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 20 2019 00:29:57     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518265878      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 20 2019 00:39:11     Capital One Bank,
                 PO Box 71083,    Charlotte, NC 28272-1083
518265885       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 20 2019 00:37:28
                 Capital One Retail Services,    PO Box 71106,    Charlotte, NC 28272-1106
518265886       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 20 2019 00:29:40     Comenity Bank,
                 PO Box 182125,    Columbus, OH 43218-2125
518265887       E-mail/Text: ebn@rwjbh.org Jul 20 2019 00:30:31    Community Medical Center,    PO Box 29969,
                 New York, NY 10087-9969
518265888      +E-mail/PDF: creditonebknotifications@resurgent.com Jul 20 2019 00:37:34     Credit One Bank,
                 PO Box 98875,    Las Vegas, NV 89193-8875
518265890       E-mail/Text: bncnotices@becket-lee.com Jul 20 2019 00:29:02    Kohls,    PO Box 2893,
                 Milwaukee, WI 53201-2983
518265891      +E-mail/Text: bk@lendingclub.com Jul 20 2019 00:30:36    Lending Club,
                 71 Stevenson Street Ste 300,    San Francisco, CA 94105-2985
518265894       E-mail/Text: bkr@cardworks.com Jul 20 2019 00:26:17    Merrick,    PO Box 171379,
                 Salt Lake City, UT 84117-1379
518265898       E-mail/PDF: gecsedi@recoverycorp.com Jul 20 2019 00:39:01    SYNCB,    PO Box 965060,
                 Orlando, FL 32896-5060
518266751      +E-mail/PDF: gecsedi@recoverycorp.com Jul 20 2019 00:37:19    Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518265880*     +Capital One Bank,    PO Box 71083,    Charlotte, NC 28272-1083
518265881*     +Capital One Bank,    PO Box 71083,    Charlotte, NC 28272-1083
518265882*     +Capital One Bank,    PO Box 71083,    Charlotte, NC 28272-1083
518265883*     +Capital One Bank,    PO Box 71083,    Charlotte, NC 28272-1083
518265884*     +Capital One Bank,    PO Box 71083,    Charlotte, NC 28272-1083
518265879*     +Capital One Bank,    PO Box 71083,    Charlotte, NC 28272-1083
518265896*      Paypal Credit,    PO Box 105658,    Atlanta, GA 30348-5658
518265899*      SYNCB,   PO Box 965060,    Orlando, FL 32896-5060
518265900*      SYNCB,   PO Box 965060,    Orlando, FL 32896-5060
518265901*      SYNCB,   PO Box 965060,    Orlando, FL 32896-5060
518265902*      SYNCB,   PO Box 965060,    Orlando, FL 32896-5060
518265903*      SYNCB,   PO Box 965060,    Orlando, FL 32896-5060
518265904*      SYNCB,   PO Box 965060,    Orlando, FL 32896-5060
                                                                                TOTALS: 0, * 13, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-3           User: admin               Page 2 of 2              Date Rcvd: Jul 19, 2019
                               Form ID: pdf905           Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2019                                  Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2019 at the address(es) listed below:

      Daniel E. Straffi    bktrustee@straffilaw.com,
      G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.axosfs.com

      Daniel E. Straffi    on behalf of Trustee Daniel E. Straffi bktrustee@straffilaw.com,
      G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.axosfs.com

      Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
      dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

      James J. Cerbone    on behalf of Debtor Joseph  Ciaburri cerbonelawfirm@aol.com,
      cerbonejr83307@notify.bestcase.com

      James J. Cerbone    on behalf of Joint Debtor Gina  Ciaburri cerbonelawfirm@aol.com,
      cerbonejr83307@notify.bestcase.com

      Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
      rsolarz@kmllawgroup.com

      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

      TOTAL: 7