**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Joseph Ciaburri** | Social Security number or ITIN    xxx–xx–0341 |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Gina Ciaburri** | Social Security number or ITIN    xxx–xx–5007 |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:    19–20553–CMG

# Order of Discharge

12/15

IT IS ORDERED: A discharge under 11 U.S.C. § 727 is granted to:

Joseph Ciaburri                    Gina Ciaburri

8/30/19                    **By the court:** Christine M. Gravelle
                    United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
 obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
 decided or will decide are not discharged
 in this bankruptcy case;

♦ debts for most fines, penalties,
 forfeitures, or criminal restitution
 obligations;

♦ some debts which the debtors did not
 properly list;

♦ debts for certain types of loans owed to
 pension, profit sharing, stock bonus, or
 retirement plans; and

♦ debts for death or personal injury caused
 by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-20553-CMG
Joseph Ciaburri                                                           Chapter 7
Gina Ciaburri
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: Aug 30, 2019
                             Form ID: 318          Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 01, 2019.
```
db/jdb      +Joseph Ciaburri,    Gina Ciaburri,    836 Chelsea Street,    Forked River, NJ 08731-1232
cr          +VNB Loan Services, Inc.,    P.O. Box 1015,    Spring Valley, NY 10977-0815
518265875   ++ALLIED DIGESTIVE HEALTH LLC,    MONMOUTH PARK CORPORATE CENTER I,    187 ROUTE 36 SUITE 230,
              WEST LONG BRANCH NJ 07764-1306
              (address filed with court:   Allied Digestive Health,    60 Highway 36,    Suite B,
              West Long Branch, NJ 07764-1463)
518265877     Brevard Physicians Associates,    PO Box 2400,    Melbourne, FL 32902-2400
518265892     Macys,    PO Box 9001094,    Louisville, KY 40290-1094
518265893   #+Mariner Finance,    1358 Hooper Avenue Suite 6,    Toms River, NJ 08753-2882
518265897   +Randolph Walzer & associates,    PO Box 1234,    Jackson, NJ 08527-0259
518265907   +Valley National Bank,    1460 Valley Road,    Wayne, NJ 07470-8494
518265909   +Wawa,    PO Box 6139,    Sioux Falls, SD 57117-6139
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Aug 30 2019 23:43:47    U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 30 2019 23:43:43    United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
518265876    EDI: TSYS2.COM Aug 31 2019 03:03:00    Barclay Card,    PO Box 13337,
              Philadelphia, PA 19101-3337
518265878   +EDI: CAPITALONE.COM Aug 31 2019 03:03:00    Capital One Bank,    PO Box 71083,
              Charlotte, NC 28272-1083
518265885    EDI: CAPITALONE.COM Aug 31 2019 03:03:00    Capital One Retail Services,    PO Box 71106,
              Charlotte, NC 28272-1106
518265886    EDI: WFNNB.COM Aug 31 2019 03:03:00    Comenity Bank,    PO Box 182125,
              Columbus, OH 43218-2125
518265887    E-mail/Text: ebn@rwjbh.org Aug 30 2019 23:44:10    Community Medical Center,    PO Box 29969,
              New York, NY 10087-9969
518265888   +EDI: RCSFNBMARIN.COM Aug 31 2019 03:03:00    Credit One Bank,    PO Box 98875,
              Las Vegas, NV 89193-8875
518265889   +EDI: IIC9.COM Aug 31 2019 03:08:00    I.C. Systems,    444 Highway 96,
              Saint Paul, MN 55127-2557
518316229    EDI: BL-BECKET.COM Aug 31 2019 03:08:00    Kohl's,    c/o Becket and Lee LLP,    PO Box 3001,
              Malvern PA 19355-0701
518265890    E-mail/Text: bncnotices@becket-lee.com Aug 30 2019 23:42:57    Kohls,    PO Box 2893,
              Milwaukee, WI 53201-2983
518265891   +E-mail/Text: bkelendingclub.com Aug 30 2019 23:44:14    Lending Club,
              71 Stevenson Street Ste 300,    San Francisco, CA 94105-2985
518265894    EDI: MERRICKBANK.COM Aug 31 2019 03:03:00    Merrick,    PO Box 171379,
              Salt Lake City, UT 84117-1379
518265895    EDI: RMSC.COM Aug 31 2019 03:03:00    Paypal Credit,    PO Box 105658,    Atlanta, GA 30348-5658
518265898    EDI: RMSC.COM Aug 31 2019 03:03:00    SYNCB,    PO Box 965060,    Orlando, FL 32896-5060
518266751   +EDI: RMSC.COM Aug 31 2019 03:03:00    Synchrony Bank,    c/o of PRA Receivables Management, LLC,
              PO Box 41021,    Norfolk, VA 23541-1021
518265906    EDI: TFSR.COM Aug 31 2019 03:03:00    Toyota Motor Credit,    4 Gatehall Drive Ste 350,
              Parsippany, NJ 07054
518265905    EDI: WTRRNBANK.COM Aug 31 2019 03:03:00    Target,    PO Box 660170,    Dallas, TX 75266-0170
518265909    EDI: WFFC.COM Aug 31 2019 03:08:00    Wells Fargo Home Mortgage,    8480 Stagecoach Drive,
              Frederick, MD 21701
                                                                                        TOTAL: 19
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518265879*   +Capital One Bank,    PO Box 71083,    Charlotte, NC 28272-1083
518265880*   +Capital One Bank,    PO Box 71083,    Charlotte, NC 28272-1083
518265881*   +Capital One Bank,    PO Box 71083,    Charlotte, NC 28272-1083
518265882*   +Capital One Bank,    PO Box 71083,    Charlotte, NC 28272-1083
518265883*   +Capital One Bank,    PO Box 71083,    Charlotte, NC 28272-1083
518265884*   +Capital One Bank,    PO Box 71083,    Charlotte, NC 28272-1083
518265896*    Paypal Credit,    PO Box 105658,    Atlanta, GA 30348-5658
518265899*    SYNCB,    PO Box 965060,    Orlando, FL 32896-5060
518265900*    SYNCB,    PO Box 965060,    Orlando, FL 32896-5060
518265901*    SYNCB,    PO Box 965060,    Orlando, FL 32896-5060
518265902*    SYNCB,    PO Box 965060,    Orlando, FL 32896-5060
518265903*    SYNCB,    PO Box 965060,    Orlando, FL 32896-5060
518265904*    SYNCB,    PO Box 965060,    Orlando, FL 32896-5060
                                                                          TOTALS: 0, * 13, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-3          User: admin              Page 2 of 2             Date Rcvd: Aug 30, 2019
                              Form ID: 318             Total Noticed: 28
```

```
                ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2019                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 30, 2019 at the address(es) listed below:
          Daniel E. Straffi    bktrustee@straffilaw.com,
          G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
          osfs.com
          Daniel E. Straffi    on behalf of Trustee Daniel E. Straffi bktrustee@straffilaw.com,
          G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
          osfs.com
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
          dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          James J. Cerbone    on behalf of Debtor Joseph  Ciaburri cerbonelawfirm@aol.com,
          cerbonejr83307@notify.bestcase.com
          James J. Cerbone    on behalf of Joint Debtor Gina  Ciaburri cerbonelawfirm@aol.com,
          cerbonejr83307@notify.bestcase.com
          Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
          rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                    TOTAL: 7
```