Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 19–20553–CMG
Chapter: 7
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Joseph Ciaburri | Gina Ciaburri |
| 836 Chelsea Street | 836 Chelsea Street |
| Forked River, NJ 08731 | Forked River, NJ 08731 |

Social Security No.:
xxx–xx–0341                                                    xxx–xx–5007

Employer's Tax I.D. No.:

---

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Daniel E. Straffi is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>September 3, 2019</u>                    <u>Christine M. Gravelle</u>
                                                                            Judge, United States Bankruptcy Court